UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIAN SPRADLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEVRO CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 26-cv-03180-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 10 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood Gilliam for consideration of whether the case is related to 4:26-cv-01137.

**IT IS SO ORDERED.**

Dated: July 9, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California